# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Jesus Enrique Castillo Rodriquez a/k/a "Chu Chu"<br>*Defendant* | )<br>)<br>) Case No. 3:25-cr-00022 Crenshaw<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jesus Enrique Castillo Rodriquez a/k/a "Chu Chu",
who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C §§ 371 and 2421(a) - Conspiracy to Commit Interstate Transportation for Purposes of Prostitution
18 U.S.C §§ 371, 1952(a)(3)(A) and (b)(l) - Conspiracy to Commit Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises

Date: 2/5/2025

*Issuing officer's signature*

City and state: Nashville, TN

Dalaina Thompson, Case Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*