UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.  Criminal Case No. 3:25-cr-00022

Kleiver Daniel Mota Rivero a/k/a "Kleiber"

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. KLEIVER DANIEL MOTA RIVERO A/K/A "KLEIBER", DOB: 11/20/1989, JMS Number 1014013, in due form and process of law, confined in the custody of the Davidson County Maximum Correctional Center, 5113 Harding Place, Nashville, TN 37211.

2. Said individual is needed for an initial appearance and related proceedings pursuant to an Indictment in Case Number 3:25-cr-00022 and is needed as soon as practical to appear before this Court. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: February 7, 2025

*s/Brooke Schiferle*
Brooke K. Schiferle
Assistant United States Attorney
Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: United States Marshal, Middle District of Tennessee
Davidson County Maximum Correctional Center, 5113 Harding Place, Nashville, TN 37211

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought, KLEIVER DANIEL MOTA RIVERO A/K/A "KLEIBER", DOB: 11/20/1989, JMS Number 1014013, who is, in due form and process of law, confined in the custody of the Davidson County Maximum Correctional Center, 5113 Harding Place, Nashville, TN 37211, shall be transferred to the custody of the United States Marshal and produced before this Court as soon as practical to attend her initial appearance and other proceedings in this matter; and shall be retained in federal custody pending resolution of this matter.

WITNESS, Barbara D. Holmes, United States Magistrate Court Judge for the Middle District of Tennessee.

DATED: _____

UNITED STATES DISTRICT COURT

By: Barbara D. Holmes
U.S. Magistrate Judge