UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:25-CR-00022 |
| | ) | |
| | ) | JUDGE NEWBERN |
| RIVERO-DE CALDERA, ET. AL. | ) | |

## MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and the undersigned Assistant United States Attorney, Brooke K. Schiferle, and moves the court to unseal the Indictment, attendant Arrest Warrants, and other materials related to the Indictment now that the Defendants have been served with the Arrest Warrant and brought into custody. Therefore, the United States would submit that the original reasons for the previously filed Motion to Seal, and the Court's order granting that Motion, no longer exist.

A proposed order to unseal the above-described documents accompanies this motion.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

By: */s/ Brooke K. Schiferle*
BROOKE K. SCHIFERLE
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151