UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:25-CR-00022 |
| | ) | |
| | ) | JUDGE NEWBERN |
| RIVERO-DE CALDERA, ET. AL. | ) | |

## ORDER UNSEALING INDICTMENT

The Court is in receipt of a Motion by the United States requesting that the Indictment, Arrest Warrants, and attendant documents be unsealed now that the Defendants have been apprehended.

For the cause stated in the Government's Motion, the Motion is GRANTED. The Indictment, Arrest Warrant and attendant documents (including the Government's Motion and this Order) shall be unsealed and available for public view.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge