IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA<br>a/k/a "YIBI"<br><br>[2] KLEIVER DANIEL MOTA RIVERO<br>a/k/a "KLEIBER"<br><br>[3] YURIBETZI DEL VALLE GOMEZ MACHUCA<br>a/k/a "LA GORDA"<br><br>[4] WILMARYS DEL VALLE MANZANO SOLORZANO<br>a/k/a "LA CHINA"<br><br>[5] ENDRIK ALEXANDER MORALES-RIVERO<br>a/k/a "ENDRI"<br><br>[6] ARIANNYS BEATRIZ GUTIERREZ-CARRILLO<br>a/k/a "NANI"<br>a/k/a "NANY"<br><br>[7] FRANKYANNA DEL VALLE ROMERO-RIVERO<br>a/k/a "FRANYA"<br><br>[8] JESUS ENRIQUE CASTILLO RODRIGUEZ<br>a/k/a "CHU CHU" | ) | NO. 3:25-cr-00022<br><br>Judge Waverly D. Crenshaw |

**<u>GOVERNMENT'S *UNOPPOSED* MOTION FOR EXTENSION TO SUPERSEDE THE INDICTMENT</u>**

The United States, by and through Acting United States Attorney Robert E. McGuire, and Kathryn D. Risinger, Assistant United States Attorney, and Harmeet K. Dhillon, Assistant Attorney General – Civil Rights Division, Department of Justice, and Jessica Arco and Lindsey Roberson, Trial Attorneys, and Matthew R. Galeotti, Acting Assistant Attorney General – Criminal Division, Department of Justice, and Alexandra Skinnion, Trial Attorney, respectfully requests that the Court

extend the deadline for the Government to supersede the indictment by approximately 30 days—to November 28, 2025.

The Government has conferred with counsel for the defendants and counsel for all defendants (except [1] Yilibeth Del Carmen Rivero-De Caldera) responded and have no objection to the requested extension. The Government did not hear back from Peter Strianse, counsel for defendant [1] Yilibeth Del Carmen Rivero-De Caldera.

Pursuant to the Court's June 23, 2025, scheduling order, the deadline for the United States to supersede the indictment is currently October 24, 2025. The Government requests this deadline be extended until November 28, 2025.

Respectfully submitted,


ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

By:

*/s/ Kathryn D. Risinger*
Kathryn D. Risinger
Assistant U.S. Attorney
719 Church Street
Nashville, Tennessee 37203

*/s/ Jessica Arco*
Jessica Arco
Trial Attorney
Human Trafficking Prosecution Unit
U.S. Department of Justice
Washington, DC 20530

*/s/ Alexandra Skinnion*
Alexandra Skinnion
Trial Attorney
Human Rights and Special
Prosecutions Section
U.S. Department of Justice
Washington, DC 20001