Motion (174) is **GRANTED** and the deadline to Supersede the Indictment is extended to **Nov. 28, 2025.**

US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA<br>a/k/a "YIBI"<br><br>[2] KLEIVER DANIEL MOTA RIVERO<br>a/k/a "KLEIBER"<br><br>[3] YURIBETZI DEL VALLE GOMEZ MACHUCA<br>a/k/a "LA GORDA"<br><br>[4] WILMARYS DEL VALLE MANZANO SOLORZANO<br>a/k/a "LA CHINA"<br><br>[5] ENDRIK ALEXANDER MORALES-RIVERO<br>a/k/a "ENDRI"<br><br>[6] ARIANNYS BEATRIZ GUTIERREZ-CARRILLO<br>a/k/a "NANI"<br>a/k/a "NANY"<br><br>[7] FRANKYANNA DEL VALLE ROMERO-RIVERO<br>a/k/a "FRANYA"<br><br>[8] JESUS ENRIQUE CASTILLO RODRIGUEZ<br>a/k/a "CHU CHU" | NO. 3:25-cr-00022<br><br>Judge Waverly D. Crenshaw |

## GOVERNMENT'S *UNOPPOSED* MOTION FOR EXTENSION TO SUPERSEDE THE INDICTMENT

The United States, by and through Acting United States Attorney Robert E. McGuire, and Kathryn D. Risinger, Assistant United States Attorney, and Harmeet K. Dhillon, Assistant Attorney General – Civil Rights Division, Department of Justice, and Jessica Arco and Lindsey Roberson, Trial Attorneys, and Matthew R. Galeotti, Acting Assistant Attorney General – Criminal Division, Department of Justice, and Alexandra Skinnion, Trial Attorney, respectfully requests that the Court