**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:25-cr-00022-8** |
| | ) | |
| **JESUS CASTILLO RODRIGUEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The plea hearing set for November 5, 2025, is RESCHEDULED to **November 7, 2025,** at 10:30 a.m.

The parties shall submit the proposed plea agreement, a document that lists the elements of each offense to which the defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and period of supervised release applicable, and the plea petition by noon on **October 29, 2025.**

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE