## MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

**U.S.A. v.** Jesus Castillo Rodriguez, **No.** 3:25-cr-22

**ATTORNEY FOR GOVERNMENT:** Katy Risinger

**ATTORNEY FOR DEFENDANT:** David Komisar ☐ **AFPD** ■ **Panel** ☐ **Retained**

**PRETRIAL SERVICES/PROBATION OFFICER:** ____________

**INTERPRETER NEEDED?** ■ **YES** ☐ **NO** **LANGUAGE:** Spanish
**INTERPRETER:** Jose Lopez ■ **PRESENT** ☐ **TELEPHONE** ☐ **VIDEO**

☐ **Defendant consents to appear before the Magistrate Judge by video**

☐ **INITIAL APPEARANCE** ☐ **ON A SUMMONS** ☐ **ARRESTED ON:** ____________

DEFENDANT HAS A COPY OF:

- ☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other: ____________
- ☐ Defendant advised of the charges & maximum penalties ☐ Defendant provided the financial affidavit
- ☐ Defendant advised right of counsel ☐ Counsel retained ☐ FPD appointed
- ☐ Defendant advised of right to silence ☐ Defendant advised of right to Consular Notification
- ☐ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
- ☐ Defendant advised of right to preliminary hearing ☐ Defendant waived preliminary hearing
- ☐ Government filed motion for detention ☐ Defendant waived detention hearing
- ☐ Defendant temporarily detained ☐ Defendant reserved right to hearing in future
- ☐ Defendant to remain in Federal custody ☐ Defendant to be returned to State custody
- ☐ Defendant to remain on current conditions of supervised release
- ☐ Defendant released on:
  - ☐ Standard ☐ Special ☐ Appearance Bond: ____________ ☐ Property Bond
- ☐ RULE 5- Defendant advised of right to identity hearing ☐ Defendant waived identity hearing
- ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
- ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY** ☐ **DETENTION** ☐ **ARRAIGNMENT CONTINUED TO:** ____________

- ☐ Good cause shown to exceed 5 business days

■ **GRAND JURY WAIVED IN OPEN COURT** (Waiver of Indictment executed)

■ **ARRAIGNMENT**

- ■ Defendant acknowledges receipt of Indictment/Information ☐ Indictment/Information read to Defendant
- ■ Defendant waived reading thereof ☐ Court advised maximum penalties

**PLEA:** ☐ **GUILTY** ■ **NOT GUILTY**

- ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** October 31, 2025 **TOTAL TIME:** 9 minutes
**BEGIN TIME:** 1:51 p.m. **END TIME:** 2:00 p.m.
■ **Digitally Recorded** ☐ **Court Reporter:** ____________

Revised on 8/14/25