# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America
v.
Jesus Enrique Castillo Rodriguez
*Defendant*

Case No. 3:25-cr-22

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/31/2025

x Jesus Castillo.
*Defendant's signature*

*Signature of defendant's attorney*

David Komisar
*Printed name of defendant's attorney*

*Judge's signature*

Magistrate Judge Alistair E. Newbern
*Judge's printed name and title*