**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

NOV 19 2025


DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:25-cr-00022 |
| v. | ) | Judge Crenshaw |
| | ) | |
| [1] YILIBETH DEL CARMEN RIVERO-DE CALDERA | ) | 18 U.S.C. § 2 |
| a/k/a "YIBI" | ) | 18 U.S.C. § 922(g)(5) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 1591(a)(1) |
| [2] KLEIVER DANIEL MOTA RIVERO | ) | 18 U.S.C. § 1591(d) |
| a/k/a "KLEIBER" | ) | 18 U.S.C. § 1594(c) |
| a/k/a "PRIMOR" | ) | 18 U.S.C. § 1956(h) |
| | ) | 18 U.S.C. § 2421 |
| [9] RAMON DE JESUS VELASQUEZ MARTINEZ | ) | 8 U.S.C. § 1324(a)(2)(B)(ii) |
| a/k/a "MONCHO" | ) | 8 U.S.C. § 1324(a)(1)(A)(i), |
| a/k/a "MONCHITO" | ) | (v)(I), & (B)(i) |

# S U P E R S E D I N G  I N D I C T M E N T

## COUNT ONE
### (Sex Trafficking Conspiracy)

THE GRAND JURY CHARGES:

Beginning no later than in or about July 2022, and continuing through in or about February 2025, in the Middle District of Tennessee and elsewhere, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI," [2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** and **[9] RAMON DE JESUS VELASQUEZ MARTINEZ, a/k/a "MONCHO," a/k/a "MONCHITO,"** together and with others known and unknown to the Grand Jury, including Yuribetzi Del Valle Gomez Machuca, a/k/a "La Gorda," Endrik Alexander Morales-Rivero, a/k/a "Endri," Ariannys Beatriz Gutierrez-Carrillo, a/k/a "Nany," a/k/a "Nani," Frankyanna Del Valle Romero-Rivero, a/k/a "Franya," and Jesus Enrique Castillo Rodriguez, a/k/a "Chu Chu," did knowingly and intentionally, in and affecting interstate commerce, conspire to recruit, entice, harbor, transport, provide, obtain, and maintain, adult women whose identities are

known and unknown to the Grand Jury, by any means, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause these adult women to engage in commercial sex acts.

In violation of Title 18, United States Code, Sections 1591(a)(1) and 1594(c).

## COUNT TWO
### (Conspiracy to Bring Aliens to the United States for Financial Gain)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about July 2022, and continuing through in or about March 2024, in the Middle District of Tennessee and elsewhere, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI,"** and **[2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, including Yuribetzi Del Valle Gomez Machuca, a/k/a "La Gorda," Wilmarys Del Valle Manzano Solorzano, a/k/a "La China," Endrik Alexander Morales-Rivero, a/k/a "Endri," Ariannys Beatriz Gutierrez-Carrillo, a/k/a "Nany," a/k/a "Nani," Frankyanna Del Valle Romero-Rivero, a/k/a "Franya," Jesus Enrique Castillo Rodriguez, a/k/a "Chu Chu," to bring to the United States, in any manner whatsoever, an alien, knowing that person is an alien, at a place other than a designated port of entry and place other than as designated by the Commissioner, regardless of whether such alien has received prior official authorization to come to, enter, and reside in the United States and regardless of any future official action which may be taken with respect to such alien.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), (v)(I), & (B)(i).

2

# COUNT THREE
## (Money Laundering Conspiracy)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about July 2022, and continuing through in or about March 2024, in the Middle District of Tennessee and elsewhere, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI," [2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** and **[9] RAMON DE JESUS VELASQUEZ MARTINEZ, a/k/a "MONCHO," a/k/a "MONCHITO,"** did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, including Yuribetzi Del Valle Gomez Machuca, a/k/a "La Gorda," Wilmarys Del Valle Manzano Solorzano, a/k/a "La China," Endrik Alexander Morales-Rivero, a/k/a "Endri," Ariannys Beatriz Gutierrez-Carrillo, a/k/a "Nany," a/k/a "Nani," Frankyanna Del Valle Romero-Rivero, a/k/a "Franya," and Jesus Enrique Castillo Rodriguez, a/k/a "Chu Chu," to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, Sex Trafficking, in violation of Title 18, United States Code, Section 1591(a)(2), and Bringing in Certain Aliens, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), with the intent to promote the carrying on of the specified unlawful activity, that is, Sex Trafficking and Bringing in Certain Aliens, and that while conducting and attempting to conduct such a financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

3

<u>MANNER AND MEANS</u>

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

a. Unlawfully enriching themselves by operating an illegal commercial sex enterprise in Nashville, Tennessee, and elsewhere;

b. Recruiting, enticing, and transporting women from Central and South American countries to the United States to work in commercial sex in Nashville, Tennessee;

c. Sending money to women in Central and South American countries using international money transfer services to finance the women's transportation to the United States southern border for entry into the United States;

d. Once the women from Central and South American countries entered the United States, purchasing airline and/or bus tickets to facilitate the transportation of the women throughout the United States and to Nashville, Tennessee for the purpose of engaging in commercial sex;

e. Posting commercial sex advertisements for the women to facilitate the defendants' commercial sex enterprise;

f. Providing supplies, such as condoms and lubricant, for the women to use when engaging in commercial sex; and

g. Renting hotel rooms in the Nashville, Tennessee area so that the women could engage in commercial sex for the financial benefit of the defendants.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT FOUR
## (Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about May 2022, and continuing through in or about February 2023, in the Middle District of Tennessee and elsewhere, the defendant, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI,"** knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained M.B., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause M.B. to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a)(1).

## COUNT FIVE
## (Interstate Transportation for Purposes of Prostitution)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about July 2022, and continuing through in or about October 2022, in the Middle District of Tennessee and elsewhere, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI,"** and **[2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** aiding and abetting each other and others known and unknown to the Grand Jury, knowingly transported M.B. in interstate and foreign commerce with the intent that M.B. engage in prostitution and any sexual activity for which a person can be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2421 and 2.

5

## COUNT SIX
### (Alien Smuggling)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about July 2022, and continuing through September 14, 2022, in the Middle District of Tennessee and elsewhere, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI," and [2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** aiding and abetting each other and others known and unknown to the Grand Jury, knowing and in reckless disregard of the fact that an alien, namely M.B., had not received prior official authorization to come to, enter and reside in the United States, did bring and attempt to bring to the United States, in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## COUNT SEVEN
### (Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about March 2023, and continuing through in or about December 2023, in the Middle District of Tennessee and elsewhere, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI," and [2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** aiding and abetting each other and others known and unknown to the Grand Jury, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained Y.L., knowing and in reckless disregard of the fact that means of force, threats of force, fraud,

6

coercion, and any combination of such means, would be used to cause Y.L. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

## COUNT EIGHT
### (Interstate Transportation for Purposes of Prostitution)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about March 2023, and continuing through in or about May 2023, in the Middle District of Tennessee and elsewhere, the defendant, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI,"** knowingly transported Y.L. in interstate and foreign commerce with the intent that Y.L. engage in prostitution and any sexual activity for which a person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2421.

## COUNT NINE
### (Alien Smuggling)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about March 2023, and continuing through on or about April 29, 2023, in the Middle District of Tennessee and elsewhere, the defendant, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI,"** knowing and in reckless disregard of the fact that an alien, namely Y.L., had not received prior official authorization to come to, enter and reside in the United States, did bring and attempt to bring to the United States, in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

7

## COUNT TEN
### (Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about September 2023, and continuing through in or about March 2024, in the Middle District of Tennessee and elsewhere, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI," and [2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** aiding and abetting each other and others known and unknown to the Grand Jury, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained G.A., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause G.A. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

## COUNT ELEVEN
### (Interstate Transportation for Purposes of Prostitution)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about September 2023, and continuing through in or about November 2023, in the Middle District of Tennessee and elsewhere, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI," and [2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** aiding and abetting each other and others known and unknown to the Grand Jury, knowingly transported G.A. in interstate and foreign commerce with the intent that G.A. engage in prostitution and any sexual activity for which a person can be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2421 and 2.

8

## COUNT TWELVE
### (Alien Smuggling)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about September 2023, and continuing through on or about November 1, 2023, in the Middle District of Tennessee and elsewhere, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI,"** and **[2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** aiding and abetting each other and others known and unknown to the Grand Jury, knowing and in reckless disregard of the fact that an alien, namely G.A., had not received prior official authorization to come to, enter and reside in the United States, did bring and attempt to bring to the United States, in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## COUNT THIRTEEN
### (Sex Trafficking by Force, Fraud, and Coercion)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about September 2023, and continuing through in or about March 2024, in the Middle District of Tennessee and elsewhere, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI,"** and **[2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** aiding and abetting each other and others known and unknown to the Grand Jury, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained D.L., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion,

9

and any combination of such means, would be used to cause D.L. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

## COUNT FOURTEEN
### (Interstate Transportation for Purposes of Prostitution)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about September 2023, and continuing through in or about December 2023, in the Middle District of Tennessee and elsewhere, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI,"** and **[2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** aiding and abetting each other and others known and unknown to the Grand Jury, knowingly transported D.L. in interstate and foreign commerce with the intent that D.L. engage in prostitution and any sexual activity for which a person can be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2421 and 2.

## COUNT FIFTEEN
### (Alien Smuggling)

THE GRAND FURTHER JURY CHARGES:

Beginning no later than in or about September 2023, and continuing through on or about November 27, 2023, in the Middle District of Tennessee and elsewhere, the defendant, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI,"** and **[2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** aiding and abetting each other and others known and unknown to the Grand Jury, knowing and in reckless disregard of the fact that an alien, namely D.L., had not received prior official authorization to come to, enter and reside in the United States, did bring and attempt to bring to the United States, in any manner

10

whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## COUNT SIXTEEN
### (Sex Trafficking – Obstruction)

THE GRAND FURTHER JURY CHARGES:

On or about December 14, 2023, in the Middle District of Tennessee, the defendant, **[2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** obstructed, attempted to obstruct, and in any way interfered with and prevented the enforcement of Title 18, United States Code, Section 1591.

All in violation of Title 18, United States Code, Section 1591(d).

## COUNT SEVENTEEN
### (Possession of a Firearm by an Illegal Alien)

THE GRAND FURTHER JURY CHARGES:

On or about March 13, 2024, in the Middle District of Tennessee, **[2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** knowing he was an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock GmbH Model 17 caliber 9x19 pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924.

## FORFEITURE ALLEGATION

The allegations contained in this Superseding Indictment are re-alleged and incorporated by reference as if fully set forth herein.

11

Upon conviction of Counts One, Four, Seven, Ten, and Thirteen of this Superseding Indictment, the defendants, **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI," [2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** and **[9] RAMON DE JESUS VELASQUEZ MARTINEZ, a/k/a "MONCHO," a/k/a "MONCHITO,"** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 1594(d)(1) and (2):

(1) any property, real or personal, that was involved in, used or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(2) any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property

including but not limited to a money judgment representing the value of the property, real or personal, involved in, used or intended to be used to commit or to facilitate the commission of such violation(s), and any property traceable to such property and the value of the property, real or personal, constituting or derived from, any proceeds the person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

Upon conviction of Count Seventeen of this Superseding Indictment, **[2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a PRIMOR,"** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of the offense, or intended to be used in the offense, including a Glock GmbH Model 17 caliber 9x19 pistol and related ammunition.

12

<u>**SUBSTITUTE ASSETS**</u>

If any of the property described above, as a result of any act or omission of **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI," [2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** and **[9] RAMON DE JESUS VELASQUEZ MARTINEZ, a/k/a "MONCHO," a/k/a "MONCHITO":**

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with, a third party;

     c.     has been placed beyond the jurisdiction of the court;

     d.     has been substantially diminished in value; or

     e.     has been commingled with other property that cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property, and it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of **[1] YILIBETH DEL CARMEN RIVERO-DE CALDERA, a/k/a "YIBI," [2] KLEIVER DANIEL MOTA RIVERO, a/k/a "KLEIBER," a/k/a "PRIMOR,"** and **[9] RAMON DE JESUS VELASQUEZ MARTINEZ, a/k/a "MONCHO," a/k/a "MONCHITO,"** up to the value of said property listed above as subject to forfeiture.

13

A TRUE BILL



FOREPERSON

ROBERT E. MCGUIRE
FIRST ASSISTANT UNITED STATES ATTORNEY

KATHRYN D. RISINGER
ASSISTANT UNITED STATES ATTORNEY


MATTHEW R. GALEOTTI
ACTING ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION
UNITED STATES DEPARTMENT OF JUSTICE

LINDSEY ROBERSON
JESSICA ARCO
ALEXANDRA SKINNION
TRIAL ATTORNEYS
HUMAN RIGHTS AND SPECIAL PROSECUTIONS

14