# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RAMON DE JESUS )<br>VALASQUEZ MARTINEZ )<br>**Defendant** ) | Case No. 3:25-00022-9<br>Judge Crenshaw |

## STATUS REPORT

Comes now the Defendant, Ramon De Jesus Valaquez Martinez, by and through counsel of record, David R. Heroux, and pursuant to the Court's Order of June 23, 2025, and for reasons addressed below, late files this status report with apologies to the Court. Counsel for the defendant was appointed on January 9, 2026, following the defendant's Initial Appearance on that same day which is one day after the deadline for filing this report. Counsel has only started to receive access to the discovery materials and to review pleadings and orders in this case. Counsel for the defendant has previously met with the defendant at a time when the defendant received a Target Letter. The meeting with the defendant was with the assistance of an Interpreter necessitated by the fact that the defendant only speaks Spanish. The meeting with the defendant went very well and a good rapport was established.

The Court has specified the issues to be addressed in this Status Report and they are addressed as follows:

a. Defendant's review of all discovery or problems related to same.

   Counsel and the defendant have not reviewed any discovery at this time, and counsel is unable to assess any problems with reviewing discovery materials at this time.

b. Any anticipated pretrial motions.

At this time counsel is unable to make a determination as to what pretrial motions would be appropriate to file.

c. Any communication issues between defendant and counsel.

The defendant speaks only Spanish which counsel does not speak, such that communication between counsel and the defendant may be slow.

d. Any impediments to trial.

At this time counsel is unable to make a determination as to what impediments to trial may exist other than the volume of discovery, the communication challenges, and the need for co-counsel services.

e. Any other issues the parties would like to bring to the Court's attention or any request for an in person status conference.

Counsel for the defendant has only just begun to receive discovery materials and counsel is out of town and will not be able to appear at the January 16, 2026, Status Conference. In a separate sealed pleading, counsel has requested that G. Kerry Haymaker be allowed to appear for counsel at the Status Conference and that counsel also be allowed to appear telephonically. Counsel has filed a sealed motion for the appointment of G. Kerry Haymaker as co-counsel in this case.

Respectfully submitted,

Haymaker & Heroux, P.C.

S/: David R Heroux
David R. Heroux, B.P.R. #20798
Attorney for the Defendant
545 Mainstream Drive, Ste. 420
Nashville, TN 37228
(615) 400-9962

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing "STATUS REPORT" has been provided to all parties via the Electronic Filing System.

This the 13th day of January, 2026.

                                              S/: David R. Heroux
                                              David R. Heroux