# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No. 3:25-cr-00022-1** |
| **v.** | ) | **Judge Crenshaw** |
| | ) | |
| **YILIBETH DEL CARMEN** | ) | |
| **RIVERO-DE CALDERA** | ) | |

## MOTION TO SET CHANGE-OF-PLEA HEARING

**COMES NOW** the Defendant, **Yilibeth Del Carmen Rivero-De Caldera,** by and through

her undersigned counsel, and respectfully requests that this Honorable Court enter an Order setting a

change-of-plea hearing in Ms. Rivero-De Caldera's case.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
Capitol View
500 11th Avenue North, Suite 600
Nashville, TN 37203
(615) 244-2770
pstrianse@tewlawfirm.com

BY: */s/ Peter J. Strianse*
PETER J. STRIANSE
Attorney for Defendant Rivero-De Caldera

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system and via email to the following:

Kathryn Risinger
U. S. Attorney's Office (Nashville)
Middle District of Tennessee
719 Church Street
Suite 3300
Nashville, TN 37203
katy.risinger@usdoj.gov

Jessica Arco
U.S. Department of Justice
Human Trafficking Prosecution Unit
950 Pennsylvania Ave NW
Washington, DC 20530
jessica.arco@usdoj.gov

Lindsey Roberson
U.S. Department of Justice
Human Trafficking Prosecution Unit
950 Pennsylvania Avenue NW
Washington, DC 20530
lindsey.roberson@usdoj.gov

This 4th day of June, 2026

*/s/ Peter J. Strianse*
PETER J. STRIANSE

2